UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Thomas,<br>Plaintiff(s),<br>v.<br>Madrak,<br>Defendant(s). | 26-CV-8386 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Plaintiff, who resides in Wilkes-Barre, Pennsylvania, brings claims under 42 U.S.C. 1983, against the Director of the Pennsylvania Bureau of Motor Vehicles, who is located in Harrisburg, Pennsylvania, arising from the revocation of Plaintiff's Pennsylvania driver's license. ECF No. 1. According to the Complaint, the events giving rise to Plaintiff's claims occurred either in Harrisburg or Wilkes-Barre. *Id.* As such, the Court can find no basis for venue in this district under 28 U.S.C. 1391(b). The Clerk of Court is respectfully directed to transfer this matter to the Middle District of Pennsylvania.

SO ORDERED.

Dated: September 28, 2026
New York, New York

DALE E. HO
United States District Judge